# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ismael Casas Garcia,<br><br>      Petitioner,<br><br>v.<br><br>John E Cantu, et al.,<br><br>      Respondents. | NO. CV-26-00241-PHX-JJT (JZB)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed January 27, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted. Petitioner to take nothing and this action is hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

January 27, 2026

s/ Sylvia Vasquez
By   Deputy Clerk
